```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

ERIC WAYNE DAVIDSON,                :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :     CIVIL ACTION 05-0335-BH-M
                                    :
BALDWIN COUNTY CORRECTION           :
CENTER, et al.,                     :
                                    :
    Defendants.                     :

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 13th day of December, 2005.

                                                    s/ W. B. HAND  
                                          SENIOR DISTRICT JUDGE